UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/8/2022___
```

ANTSY LABS LLC; ZURU INC.,

          Plaintiffs,

        -against-

THE INDIVIDUALS, CORPORATIONS, LIMITED
LIABILITY COMPANIES, PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS IDENTIFIED
ON SCHEDULE A TO THE COMPLAINT,

          Defendants.

1:21-cv-09899-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

There is a Initial Pretrial Conference scheduled for April 19, 2022 at 11:00 AM. That conference will now be in-person. All parties are directed to appear at the Initial Pretrial Conference on April 19, 2022 at 11:00 AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date: April 8, 2022**
**New York, NY**

**MARY KAY VYSKOCIL**
**United States District Judge**