# THOITS LAW
A Professional Corporation

400 Main Street, Suite 250
Los Altos, California 94022
TEL (650) 327-4200
FAX (650) 325-5572
www.thoits.com

Christopher Tom

ctom@thoits.com

April 15, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/15/2022

<u>Via ECF</u>

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

Re: *Antsy Labs, LLC et al. v. The Individuals, Corporations, et al.*,
Case No. 1:21-cv-9899-MKV

Dear Judge Vyskocil,

We represent plaintiffs Antsy Labs, LLC and ZURU Inc. (collectively, "Plaintiffs") in the above-referenced matter. On April 12, 2022, Plaintiffs, along with defendant Sunwize International Trading Company ("Sunwize"), filed a joint letter in advance of the Initial Pre-Trial Conference, scheduled for April 19, 2022. Dkt. No. 57. In that letter, Plaintiffs and Sunwize advised the Court that they had entered into a settlement agreement and Plaintiffs would file a notice of dismissal as to Sunwize. <u>Id.</u> at 2-3. The Parties also advised the Court that because no other defendants have appeared in this matter, they could do without an initial pretrial conference. <u>Id.</u> at 3.

Since then, Plaintiffs have filed a Notice of Voluntary Dismissal as to Sunwize, <u>see</u> Dkt. No. 61, and no other defendants have appeared in this matter. Since there are no active defendants in this matter, Plaintiffs respectfully request that Initial Pre-Trial Conference be adjourned sine die.

We thank the Court for its time and attention to this matter. We would be happy to provide any further information requested by the Court.

Very truly yours,

THOITS LAW

/s/ Christopher Tom

Christopher Tom
*Counsel for Plaintiffs*

**GRANTED. The initial pre-trial conference scheduled for April 19, 2022 at 11:00 AM is ADJOURNED. SO ORDERED.**

Date: 4/15/2022
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge